438 A.2d 648

The Amoco Oil Co. v. Bonini, Appellant.

Argued December 2, 1980. Martin J. Resnick, for appellant; William A. DeStefano, for appellee. Before SPAETH, BROSKY and HOFFMAN, JJ.

Judgment affirmed.

438 A.2d 648

Wright v. Wright, Appellant.

Submitted June 10, 1980. Germaine Ingram, for appellant; David H. Kubert, for appellee. Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of court affirmed.

PRICE, J., did not participate in the consideration or decision of this case.